# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rachael Rose

                        Plaintiff,

v.                                                               Case No.: 1:25−cv−01604

                                                                     Honorable Manish S. Shah

Abbott Laboratories, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2025:

        MINUTE entry before the Honorable Manish S. Shah: Fact discovery closes 9/2/25. The parties' next status report is due 9/5/25 and should include a proposal for scheduling any expert discovery and briefing dispositive motions (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.