IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RACHAEL ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:25-CV-01604 |
| | ) | |
| v. | ) | JUDGE MANISH SURESH SHAH |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| *and* COLLEEN LEWIS, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND
DISPOSITIVE MOTION DEADLINES BY 28-DAYS**

Plaintiff, Rachael Rose, and Defendants Abbott Laboratories Inc. and Colleen Lewis, by and through their respective counsel, hereby move the Court for an Order extending the dispositive motion schedule by 28-days as set forth below. In support of this motion, the parties state as follows:

1. On October 3, 2025, the Court entered an order setting the following dispositive motion schedule based on a schedule proposed by the parties in their Joint Status Report: Defendant's motion for summary judgment due November 21, 2025, responses due by December 19, 2025 and replies due by January 16, 2025. (ECF Nos. 35, 36.)

2. Defendant has been diligently working on its motion for summary judgment but needs additional time to finalize its motion due to the press of other professional obligations, the limited availability of declarants taking time-off in advance of the Thanksgiving holiday, as well as an unforeseen delay in receiving the deposition transcript of one of the three company witnesses that were deposed by Plaintiff in this matter.  Although Defendant's counsel ordered the transcript in late September, it did not receive the transcript until this week because the court reporter was hospitalized and unable to complete it earlier.

3. Defendant intended to initially seek a two-week extension of the dispositive motion schedule based on the above reasons, but in conferring with Plaintiff, Plaintiff raised professional and personal obligations of Plaintiff's counsel that are impacted by a two-week adjustment of the briefing schedule including pre-planned time out of the office and a trial.

4. Based on the parties' conferral, the parties believe there is good cause to adjust the summary judgment briefing schedule by 28-days and request that the Court adjust the schedule as follows:

    A. By December 19, 2025, Defendants will file their Motion for Summary Judgment.

    B. By January 20, 2026, Plaintiff will file her response to Defendants' Motion for Summary Judgment.

    C. By February 17, 2026, Defendants will file their reply in support of their Motion for Summary Judgment.

5. This motion is being brought in good faith and not for the purposes of delay and should not impact any other deadlines set by the Court.

WHEREFORE, the parties moves this Court to enter an Order setting Defendant's deadline to file summary judgment to December 19, 2025, Plaintiff's response to be filed by January 16, 2026 and Defendant's reply to be filed by February 13, 2026.

DATED: November 19, 2025

| RACHAEL ROSE | ABBOTT LABORATORIES INC. AND COLLEEN LEWIS |
|---|---|

321974740v.2

| | |
|---|---|
| */s/ Kevin M. Gross* | /s/ *Uma Chandrasekaran* |
| Kevin M. Gross<br>Ohio Bar No. 0097343<br>kgross.zipkinwhiting@gmail.com<br><br>ZIPKIN WHITING CO., L.P.A.<br>3637 Green Road, Second Floor<br>Beachwood, Ohio 44122<br>Telephone: (216) 514-6400<br>Facsimile: (216) 514-6406<br><br>*Counsel for Plaintiff* | Uma Chandrasekaran<br>Illinois Bar No. 6281690<br>uchandrasekaran@seyfarth.com<br><br>Victoria S. Tolbert<br>Admitted *Pro Hac Vice*<br>vtolbert@seyfarth.com<br><br>SEYFARTH SHAW LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on November 19, 2025, she caused the foregoing motion to be filed with the Clerk of the United States District Court for the Northern District of Illinois through the Court's CM/ECF system, which will provide notice to and serve a copy upon all other counsel of record.

                                                                             */s/ Uma Chandrasekaran*