IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RACHAEL ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:25-CV-01604 |
| | ) | |
| v. | ) | JUDGE MANISH SURESH SHAH |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| *and* COLLEEN LEWIS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants' Abbott Laboratories Inc. and Colleen Lewis pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, move for summary judgment on all of Plaintiff Rachael Rose's claims in the Complaint. In further support of this Motion, Defendants rely upon its concurrently filed Memorandum of Law in Support of Summary Judgment and Local Rule 56.1 Statement of Undisputed Material Facts and accompanying Appendix of Documentary Evidence and Other Materials in Support of their Motion for Summary Judgment.

**WHEREFORE**, Defendants respectfully request that the Court enter summary judgment in its favor and dismiss Plaintiff Rachael Rose's claims in their entirety with prejudice.

DATED: December 19, 2025

Respectfully submitted by,

ABBOTT LABORATORIES INC. AND
COLLEEN LEWIS

By: */s/ Uma Chandrasekaran*
One of Defendant's Attorneys

Uma Chandrasekaran
Illinois Bar No. 6281690
uchandrasekaran@seyfarth.com

Victoria S. Tolbert
Admitted *Pro Hac Vice*
vtolbert@seyfarth.com

SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on December 19, 2025, she caused the foregoing motion to be filed with the Clerk of the United States District Court for the Northern District of Illinois through the Court's CM/ECF system, which will provide notice to and serve a copy upon all other counsel of record.

/s/ *Uma Chandrasekaran*

Uma Chandrasekaran

3