**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Rachael Rose,

Plaintiff,

v.

Abbott Laboratories, Inc. et al.,

Defendants.

Case No. 25-cv-01604
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒  in favor of defendants Abbott Laboratories, Inc. and Colleen Lewis,
and against plaintiff Rachael Rose.

Defendants shall recover costs from plaintiff.

---

☐  other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date:  6/9/2026

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk