**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RACHAEL ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 1:25-cv-01604 |
| v. | ) | |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | JUDGE MANISH SURESH SHAH |
| *and* COLLEEN LEWIS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

Plaintiff Rachael Rose hereby gives notice of appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on June 9, 2026.

Respectfully submitted,

/s/ Kevin M. Gross

Kevin M. Gross (Ohio Bar. No. 0097343)
ZIPKIN WHITING CO., L.P.A.
3637 Green Road, Second Floor
Beachwood, Ohio 44122
Phone: (216) 514-6400
Fax: (216) 514-6406
Email: kgross.zipkinwhiting@gmail.com

*Counsel for Plaintiff Rachael Rose*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Notice of Appeal* was served via the Court's CM/ECF system on July 8, 2026, upon:

Uma Chandrasekaran, Esq.
SEYFARTH SHAW, LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Phone: (312) 460-5000
Fax: (312) 460-7000
Email: uchandrasekaran@seyfarth.com

*and*

Victoria S. Tolbert, Esq.
SEYFARTH SHAW, LLP
300 South Tryon Street, Suite 400
Charlotte, North Carolina 28202
Phone: (704) 925-6060
Email: vtolbert@seyfarth.com

*Counsel for Defendants Abbott Laboratories, Inc., and Colleen Lewis*

/s/ Kevin M. Gross
Kevin M. Gross (Ohio Bar No. 0097343)

*Counsel for Plaintiff Rachael Rose*